## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

LEWIS & CLARK OUTDOORS, INC., an
Arkansas Corporation                                                    PLAINTIFF

           v.           Civil No. 07-5075

MAHCO, INC., an Arkansas
Corporation                                                             DEFENDANT

### O R D E R

Now on this 17th day of August, 2007, comes on for consideration the parties' **Joint Motion For Protective Order** (document #15), wherein they ask this Court to enter, as its own order, a document as to which there is no dispute.

Protective orders are governed by **F.R.C.P. 26(c)**, which provides that upon motion by a party who has conferred in good faith with the opposing party in an effort to resolve a discovery dispute without court action, "for good cause shown, the court . . . may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense. . . . "

The terms of **26(c)** make it clear that court action is only contemplated when parties cannot agree to the conditions under which discovery is to be had.  When they can agree -- as in this case -- there is no need for court action.  The parties may reduce their agreement to writing and file it as a discovery stipulation, if they desire such formality, but there is no need for court intervention.

To the extent that the parties assert a need for the entry of the requested protective order so as to protect themselves in the event of inadvertent disclosure of privileged materials, the Court believes that **F.R.C.P. 26(b)(5)(B)** contains adequate provisions to address that situation.  To the extent they claim a concern that third parties might someday seek access to produced documents, those concerns are no different with electronic discovery than with paper discovery.

For the foregoing reasons, the motion will be denied.

**IT IS THEREFORE ORDERED** that the parties' **Joint Motion For Protective Order** (document #15) is **denied.**

**IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**