IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEWIS & CLARK OUTDOORS, INC.,
an Arkansas Corporation                                                                                           PLAINTIFF

V.                             NO.  5:07-cv-05075-JLH

MAHCO, INC., an Arkansas Corporation                                                                DEFENDANT

### O R D E R

Before the court is the Motion to Compel filed by Plaintiff (Doc. 39) on February 12, 2008.  The Defendant filed a Response (Doc. 40) on February 12, 2008.

The Plaintiff seeks the production of a settlement agreement entered into by Defendant between MAHCO and L.C. Industries, Inc.,("LCI") an Illinois corporation, pertaining to LCI's mark, Lewis N. Clark. (Doc. 39, para. 3)

A telephone conference was conducted between all interested parties on March 26, 2008.  As a result of the conference the parties requested that the court delay entering any order. until April 2, 2008.  The Court has been informed that the parties have resolved the discovery issue.

The parties having resolved the discovery dispute the court finds the Motion is MOOT.

IT IS SO ORDERED this April 2, 2008.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES DISTRICT JUDGE